Cite as 2017 Ark. 17

# SUPREME COURT OF ARKANSAS

**No.**

**Opinion Delivered:** January 26, 2017

IN RE SUPREME COURT COMMITTEE
ON SECURITY AND EMERGENCY
PREPAREDNESS

**PER CURIAM**

Sebastian County Judge David Hudson of Fort Smith, Saline County District Court Judge Stephanie Casaday of Bryant, and ADEM Deputy Director Tina Owens of North Little Rock, are reappointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for three-year terms to expire on September 30, 2019. We thank them all for their willingness to continue serving on this important committee.